AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Monat Global Corp <br><br> *Plaintiff(s)* <br> v. <br> Mags Kavanaugh and California Beauty Studios, Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 8:17 cv 1666T 23 MAP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* California Beauty Studios, Inc.
c/o Mags Kavanaugh, Registered Agent
2622 Barksdale Ct.
Clearwater, FL 33761

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA
2017 JUL 11 PM 2:56
RECEIVED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeffrey B. Shapiro, esq.
Andie Cox, esq.
Southeast Financial Center
200 S. Biscayne Blvd, Suite 3600
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____07/11/2017_____     _____
Signature of Clerk or Deputy Clerk